**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**MICHAEL J. LAWRENZ,**

Plaintiff,

**v.** **Case No. 22-CV-1473**

**JUSTIN S. RIBAULT, *et al.*,**

Defendants.

---

**ORDER**

---

On August 4, 2026, Michael J. Lawrenz, who is incarcerated and representing himself, filed a motion for an oral argument on the defendants' motion for summary judgment, (ECF No. 181), and a motion to disqualify the defendant, Dr. Justin. S. Ribault, as an expert witness, (ECF No. 182.) Regarding the motion for oral argument, Lawrenz states that the facts presented by the defendants are complex, and he believes an oral argument would assist the court in sorting through the relevant and irrelevant facts. The court is more than equipped to discern the relevant facts without the benefit of an oral argument. Lawrenz's motion for oral argument is denied.

As for his motion to disqualify Dr. Ribault as an expert witness, the defendants are correct when they point out in their response that their motion for summary judgment does not rely on Dr. Ribault's expert testimony. (ECF No. 185 at 1.) Instead, Dr. Ribault is allowed to offer his professional opinion and thought processes behind his treatment decisions in support of his motion for summary judgment. The court, in

deciding the summary judgment motion, will determine whether those opinions and decisions amounted to deliberate indifference based off the evidence presented by both parties. Lawrenz's motion to disqualify the defendant, Dr. Justin. S. Ribault, as an expert witness, is also denied.

**IT IS HEREBY THEREFORE ORDERED** that Lawrenz's motion for oral argument (ECF No. 181) is **DENIED**.

**IT IS FURTHER ORDERED** that Lawrenz's motion to disqualify Dr. Ribault as an expert witness (ECF No. 182) is **DENIED**.

Dated at Milwaukee, Wisconsin this 23rd day of September, 2026.

BY THE COURT:

Nancy Joseph

NANCY JOSEPH
United States Magistrate Judge